Case Name: GREENWALD, MARK ANTHONY
　　　　　　　GREENWALD, MEGAN ELIZABETH
Case No:　　08-71226

# **CERTIFICATION OF REVIEW**

　　The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: February 6, 2009　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　　　United States Trustee, Region 11


　　　　　　　　　　　　　　BY:　 */s/ Carole J. Ryczek*
　　　　　　　　　　　　　　　　　CAROLE J. RYCZEK
　　　　　　　　　　　　　　　　　Attorney for the U.S. Trustee