IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
GREENWALD, MARK ANTHONY
GREENWALD, MEGAN ELIZABETH

CASE NO. 08-71226 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-6265

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: March 25, 2009
    at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,579.91 | |
| BARRICK, SWITZER LAW FIRM Trustee's Firm Legal | $ 0.00 | $ 799.00 | |

EXHIBIT A

4. The Trustee's Final Report shows total:

   a. Receipts                                  $       8,299.06

   b. Disbursements                             $           0.00

   c. Net Cash Available for Distribution       $       8,299.06

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $26,505.35. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $50,262.75, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 1/29/09

James E. Stevens

EXHIBIT A

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: jclarke                Page 1 of 2                   Date Rcvd: Feb 10, 2009
Case: 08-71226                 Form ID: pdf002              Total Served: 39

The following entities were served by first class mail on Feb 12, 2009.
db           +Mark Anthony Greenwald,    1435 Loch Lomond,    Crystal Lake, IL 60014-2715
jdb          +Megan Elizabeth Greenwald,    1435 Loch Lomond,    Crystal Lake, IL 60014-2715
tr           +James E Stevens,     Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12258896     +American Express Centurion Bank,    PO Box 3001,    Malvern, PA 19355-0701
12622674      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12168219     +AtheticCo Physical Therapy,    175653,    625 Enterprise Drive,    Oak Brook  IL 60523-8813
12168220      Bank of America,    5888-6031-46018-5915,    P.O. Box 15026,    Wilmington, DE 19886-5026
12561934     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12168221      Capital One Bank,    4305721745509344,    P.O. Box 60024,    City of Industry  CA  91716-0024
12168222      Cardmember Services,    4266 9020 1523 6472,    P.O. Box 15153,    Wilmington DE 19886-5153
12168223      Citi Cards,    5424 1804 3382 8271,    P.O. Box 688915,    Des Moines IA  50368-8915
12168224      CitiMortgage,    20043921699,    P.O. Box 183040,    Columbus OH  43218-3040
12860237      FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
12168226     +Fifth Third Bank,    076442-5757,    P.O. Box 630041,    Cincinnati OH 45263-0041
12168227      HSBC CArd Services,    5155 9300 0749 0733,    P.o. Box 17051,    BAltimore  MD  21297-1051
12168230    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Unit,
               100 W Randolph St  #7-400,    Chicago, Il 60601)
12168229    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Dept. of Revenue,     Bankruptcy Unit,
               100 W. Randolph St. 7-400,    Chicago, IL 60601)
12577909    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,     Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia PA 19114)
12168228     +Illinois Bone and Joint Inst,    P1046018,    5057 Payshere Circle,    Chicago  IL 60674-0050
12168234     +Motion Medical Technologies,    5611,    2346 S. Lynhurst Drive  #501,
               Indianapolis  IN 46241-8603
12168236     +Northwest Community Day Surgery,    50828000,    675 West Kirchoff,
               Arlington Heights IL 60005-2372
12168237     +Northwest Suburban Anesthesiologists,    nw-7100270,    P.O. Box 88648,    Chicago  IL 60680-1648
12536541      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12168239      United Recovery Systems,    373955751921002,    P.O. Box 722929,    Houston TX  77272-2929
12808398      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Feb 11, 2009.
aty          +E-mail/Text: DANATLAW@AOL.COM                            Daniel K Robin,    Daniel K Robin Ltd,
               121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
13000051     +E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2009 00:24:15     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12168225      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2009 07:55:55      Discover,   6011007788526456,
               P.O. Box 30395,    Salt Lake City, UT  84130-0395
12532524      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2009 07:55:55
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12168231      E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2009 00:22:30     JC Penney,    422 534 342,
               P.O. Box 960090,    Orlando, FL  32896-0090
12168232     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 11 2009 07:54:59     Kohl’s,    029 168 1583 02,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
12168233      E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2009 00:23:13     Lowe’s,    81924141747949,
               P.O. Box 981064,    El Paso TX  79998-1064
12168235     +E-mail/Text: bnc@nordstrom.com                           Nordstrom,    1218 09 390,
               P.O. Box 79134,    Phoenix, AZ 85062-9134
12568785     +E-mail/Text: bnc@nordstrom.com                           Nordstrom FSB,    P.O. Box 6566,
               Englewood, CO 80155-6566
13000052      E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2009 00:24:59
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12637173     +E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2009 00:24:22
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM’S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12637171     +E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2009 00:24:27
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12637172     +E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2009 00:25:10
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12168238     +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2009 00:24:16     Sam’s Club,    1019 5100 7090 15341,
               P.O. Box 105980 Dept. 77,    Atlanta, GA 30353-5980
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,     Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty*         +James E Stevens,     Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty*         +James E Stevens,     Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                               TOTALS: 0, * 3
```

```
District/off: 0752-3          User: jclarke              Page 2 of 2              Date Rcvd: Feb 10, 2009
Case: 08-71226                Form ID: pdf002            Total Served: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2009**                              **Signature:**    _Joseph Speetjens_