**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: GREENWALD, MARK ANTHONY | § | Case No. 08-71226 |
| GREENWALD, MEGAN ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $293,847.00 | Assets Exempt: $37,215.00 |
| Total Distribution to Claimants: $5,920.15 | Claims Discharged Without Payment: $-223,477.25 |
| Total Expenses of Administration: $2,378.91 | |

3) Total gross receipts of $ 8,299.06 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,299.06 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $247,685.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,378.91 | 2,378.91 | 2,378.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 26,505.35 | 26,505.35 | 5,920.15 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 40,769.00 | 80,170.04 | 50,262.75 | 0.00 |
| TOTAL DISBURSEMENTS | $288,454.00 | $109,054.30 | $79,147.01 | $8,299.06 |

4) This case was originally filed under Chapter 7 on April 22, 2008.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2009 By: /s/JAMES E. STEVENS
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| three commissions for sale of real estate. Must | 1129-000 | 8,295.15 |
| Interest Income | 1270-000 | 3.91 |
| **TOTAL GROSS RECEIPTS** | | $8,299.06 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CitiMortgage | 4110-000 | 247,685.00 | N/A | 0.00 | 0.00 |
| Fifth Third Bank | 4210-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $247,685.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,579.91 | 1,579.91 | 1,579.91 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 799.00 | 799.00 | 799.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,378.91 | $2,378.91 | $2,378.91 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | N/A | 8.00 | 8.00 | 1.79 |
| Department of the Treasury - IRS | 5800-000 | N/A | 26,497.35 | 26,497.35 | 5,918.36 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $26,505.35 | $26,505.35 | $5,920.15 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 6,860.92 | 6,860.92 | 0.00 |
| Illinois Department of | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Revenue | 7100-000 | N/A | 70.00 | 70.00 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,971.46 | 1,971.46 | 0.00 |
| CHASE BANK USA | 7100-000 | N/A | 5,991.70 | 5,991.70 | 0.00 |
| CHASE BANK USA | 7100-000 | N/A | 5,927.82 | 5,927.82 | 0.00 |
| CHASE BANK USA | 7100-000 | N/A | 6,937.87 | 6,937.87 | 0.00 |
| Nordstrom FSB | 7100-000 | N/A | 139.78 | 139.78 | 0.00 |
| Department of the Treasury - IRS | 7100-000 | N/A | 29,907.29 | 0.00 | 0.00 |
| Department of the Treasury - IRS | 7100-000 | N/A | 3,409.94 | 3,409.94 | 0.00 |
| American Express Centurion Bank | 7100-000 | N/A | 10,565.54 | 10,565.54 | 0.00 |
| Capital Recovery II | 7100-000 | N/A | 2,515.80 | 2,515.80 | 0.00 |
| Capital Recovery II | 7100-000 | N/A | 752.68 | 752.68 | 0.00 |
| Capital Recovery II | 7100-000 | N/A | 1,399.04 | 1,399.04 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 1,951.00 | 1,951.00 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 1,769.20 | 1,769.20 | 0.00 |
| Cardmember Services | 7100-000 | 1,970.00 | N/A | 0.00 | 0.00 |
| Cardmember Services | 7100-000 | 5,927.00 | N/A | 0.00 | 0.00 |
| AtheticCo Physical Therapy | 7100-000 | 503.00 | N/A | 0.00 | 0.00 |
| Capital One Bank | 7100-000 | 14,063.00 | N/A | 0.00 | 0.00 |
| HSBC Card Services | 7100-000 | 2,168.00 | N/A | 0.00 | 0.00 |
| JC Penney | 7100-000 | 680.00 | N/A | 0.00 | 0.00 |
| Sam's Club | 7100-000 | 1,399.00 | N/A | 0.00 | 0.00 |
| United Recovery Systems | 7100-000 | 10,311.00 | N/A | 0.00 | 0.00 |
| Northwest Suburban Anesthesiologists | 7100-000 | 133.00 | N/A | 0.00 | 0.00 |
| Motion Medical Technologies | 7100-000 | 100.00 | N/A | 0.00 | 0.00 |
| Northwest Community Day Surrgery | 7100-000 | 196.00 | N/A | 0.00 | 0.00 |
| Kohl's | 7100-000 | 431.00 | N/A | 0.00 | 0.00 |
| Lowe's | 7100-000 | 2,515.00 | N/A | 0.00 | 0.00 |
| Illinois Bone and Joint Inst. | 7100-000 | 373.00 | N/A | 0.00 | 0.00 |

| TOTAL GENERAL UNSECURED CLAIMS | $40,769.00 | $80,170.04 | $50,262.75 | $0.00 |
|---|---|---|---|---|

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71226
**Case Name:** GREENWALD, MARK ANTHONY
GREENWALD, MEGAN ELIZABETH
**Period Ending:** 07/23/09

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 04/22/08 (f)
**§341(a) Meeting Date:** 06/05/08
**Claims Bar Date:** 11/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1435 Loch Lomond Crystal Lake IL Fee Owner 60014 | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | nominal cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking at Castle BAnk | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | misc furniture furnishings and electronics | 600.00 | 0.00 | DA | 0.00 | FA |
| 5 | clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Country Companies term policies one for each | 1.00 | 0.00 | DA | 0.00 | FA |
| 7 | two whole life policies. Country company | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | whole policy on child | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Sep Principle | 5,200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Sep Single K | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | three commissions for sale of real estate. Must | 13,645.00 | 0.00 | DA | 8,295.15 | FA |
| 12 | 1994 Honda Accord | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 Honda Pilot lease | 1.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.91 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$293,847.00** | **$0.00** | | **$8,299.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 28, 2009 **Current Projected Date Of Final Report (TFR):** January 28, 2009 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-71226
**Case Name:** GREENWALD, MARK ANTHONY
GREENWALD, MEGAN ELIZABETH
**Taxpayer ID #:** 35-6789701
**Period Ending:** 07/23/09

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****30-65 - Money Market Account
**Blanket Bond:** $118,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/08 | {11} | Megan Greenwald | non-exempt commission payment | 1129-000 | 8,295.15 | | 8,295.15 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 8,295.55 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.08 | | 8,296.63 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.90 | | 8,297.53 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.65 | | 8,298.18 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 8,298.76 |
| 01/28/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.30 | | 8,299.06 |
| 01/28/09 | | To Account #********3066 | transfer to close money market | 9999-000 | | 8,299.06 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,299.06 | 8,299.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,299.06 | |
| **Subtotal** | 8,299.06 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $8,299.06 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-71226
**Case Name:** GREENWALD, MARK ANTHONY
GREENWALD, MEGAN ELIZABETH
**Taxpayer ID #:** 35-6789701
**Period Ending:** 07/23/09

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****30-66 - Checking Account
**Blanket Bond:** $118,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/09 | | From Account #********3065 | transfer to close money market | 9999-000 | 8,299.06 | | 8,299.06 |
| 03/26/09 | 101 | BARRICK, SWITZER LAW FIRM | Dividend paid 100.00% on $799.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 799.00 | 7,500.06 |
| 03/26/09 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,579.91, Trustee Compensation; Reference: | 2100-000 | | 1,579.91 | 5,920.15 |
| 03/26/09 | 103 | Department of the Treasury - IRS | Dividend paid 22.33% on $26,497.35; Claim# 9; Filed: $26,497.35; Reference: | 5800-000 | | 5,918.36 | 1.79 |
| 03/26/09 | 104 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 5800-000 | | 1.79 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,299.06 | 8,299.06 | $0.00 |
| Less: Bank Transfers | 8,299.06 | 0.00 | |
| **Subtotal** | 0.00 | 8,299.06 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $8,299.06 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****30-65 | 8,299.06 | 0.00 | 0.00 |
| Checking # ***-*****30-66 | 0.00 | 8,299.06 | 0.00 |
| | $8,299.06 | $8,299.06 | $0.00 |

{} Asset reference(s)

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 30, 2009 through June 30, 2009
Account Number: **000312097003066**

**CUSTOMER SERVICE INFORMATION**

Service Center: **1-800-634-5273**

00017663 DBI 802 24 18209 - NNNNN 1 000000000 60 0000
08-71226 GREENWALD MARK ANTHONY
GREENWALD MEGAN ELIZABETH DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

18331130020010014508


JPMorganChase

February 28, 2009 through March 31, 2009
Account Number: 000312097003066

ACCOUNT # 000312097003066
GREENWALD MARK ANTHONY
08-71226

## IMAGES

007180592901 MAR 27 #0000000101 $799.00

007180592901 MAR 27 #0000000101 $799.00

007180592902 MAR 27 #0000000102 $1,579.91

007180592902 MAR 27 #0000000102 $1,579.91



JPMorganChase

April 01, 2009 through April 30, 2009
Account Number: **000312097003066**

ACCOUNT # 000312097003066
GREENWALD MARK ANTHONY
08-71226

# IMAGES

JPMORGAN CHASE BANK, N.A.

VOID AFTER 90 DAYS 103

Case: 08-71226 MB — 312097003066
Debtor: GREENWALD, MARK ANTHONY, GREENWALD, MEGAN ELIZABETH

JAMES E. STEVENS

Date 03/26/2009 $ *******5,918.36

---Five Thousand Nine Hundred Eighteen Dollars and 36/100

Department of the Treasury - IRS
Centralized Insolvency Operations
POB 21126
Philadelphia PA 19114

JAMES E. STEVENS

⑈00000103⑈ ⑆021000021⑆312097003066⑈

007180597654 APR 02 #0000000103 $5,918.36

FRB CLEVELAND
> 041015724 <
PCC OTC
04/01/2009

007180597654 APR 02 #0000000103 $5,918.36

12331130020010013011

JPMorganChase

May 01, 2009 through May 29, 2009
Account Number: **000312097003066**

ACCOUNT # 000312097003066
GREENWALD MARK ANTHONY
08-71226

## IMAGES

002780378306 MAY 27 #0000000104 $1.79

002780378306 MAY 27 #0000000104 $1.79

10171750202000000062

15231130030010011010

